**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6797**

STANLEY LORENZO WILLIAMS,

                    Petitioner - Appellant,

          v.

ROBERT W. SMITH, Supt.; SECRETARY OF CORRECTIONS, Theodis
Beck,

                    Respondents - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:07-cv-00757-TDS-RAE)

Submitted:  June 25, 2010            Decided:  July 15, 2010

Before KING, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Stanley Lorenzo Williams, Appellant Pro Se.  Clarence Joe
DelForge, III, Assistant Attorney General, Mary Carla Hollis,
Assistant Attorney General, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying relief on Williams' 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 28, 2008. The notice of appeal was filed on April 20, 2009. Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. Williams' pending motions for a transcript at Government expense, for a certificate of appealability, to proceed in forma pauperis, and to expedite the appeal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

DISMISSED